## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division - Civil)

| | |
|---|---|
| CYNTHIA KELLER | : |
| Plaintiff | : |
| | : Case Number: 1:25-cv-02028-MSN |
| v. | : |
| | : |
| OFFICE DEPO, LLC, *et al.* | : |
| | : |
| Defendants | : |

## NOTICE OF SETTLEMENT

COME NOW, the Plaintiff and Defendant, by and through undersigned counsel, and notify this Court that the parties have reached a settlement agreement, in principle. The parties request that, in consideration of the anticipated settlement, the Motions Hearing set on June 12, 2026 and the Joint Settlement Conference set on June 15, 2026 be cancelled. The parties request that they granted thirty (30) days to file a stipulation of dismissal.

Respectfully submitted,

So ordered

/s/
Michael S. Nachmanoff
United States District Judge

6/11/26

/s/ Jason W. Fernandez

Jason W. Fernandez, Esq. (Bar # 72934)
Greenberg & Bederman, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (240) 485-1664
Fax: (240) 630-3553
Email: jfernandez@gblawyers.com
*Attorney for Plaintiff Cynthia Keller*

1

/s/ Brian A. Cafritz

Brian A. Cafritz, Esq. (Bar #34366)
Kalpaugh, Pfund & Messersmith, PC
901 Moorefield Park Drive, Ste. 200
Richmond, Virginia 23236
Tel: (804) 320-6300
Fax: (804) 320-6312
Email: brian.cafritz@kpmlaw.com
*Attorney for Defendant Joseph Gordon*