IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| CYNTHIA E. KELLER, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:25-cv-02028 |
| | : | |
| OFFICE DEPOT, LLC, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this

action hereby confirm that they have settled their differences in their entirety and hereby

stipulate to dismiss this action with prejudice. Each party is to bear his, her, and/or its own costs.

Dated: ~~June~~ July 13 , 2026

So Ordered

/s/
Michael S. Nachmanoff
United States District Judge

7/13/26

/s/ Jason Fernandez
Jason W. Fernandez, VSB # 72934
*Counsel for Plaintiff*
GREENBERG & BEDEMAN, LLC
1111 Bonifant Street
Silver Spring, MD 20910
(301) 589-2200
(240) 359-6228 (fax)
JFernandez@GBLawyers.com

/s/ Brian A. Cafritz
Brian A. Cafritz, VSB # 34366
*Counsel for the Defendants*
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com

1